UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0215

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>    v.<br><br>JULIO CESAR ALCAZAR-MORETT<br>    Defendant. | Magistrate's Case No. _____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C., Sec. 841(a)(1)<br>Possession With Intent To<br>Distribute Cocaine |

The undersigned complainant being duly sworn states:

On or about January 18, 2008, within the Southern District of California, defendant JULIO CESAR ALCAZAR-MORETT did knowingly and intentionally possess, with intent to distribute, approximately 25 kilograms (approximately 55 pounds) of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached probable cause statement which is incorporated herein by reference.

_____
J. Allan Karas
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, 1/24, 2008.

_____
JAN M. ADLER
United States Magistrate Judge

<u>PROBABLE CAUSE STATEMENT</u>

I, DEA Special Agent J. Allan Karas, declare under penalty of perjury, the following is true and correct:

I am the handling agent of a DEA Confidential Source (CS), who I know to be tested and reliable. For example, information provided by the CS has lead to numerous arrests and large drug seizures. Over the past two weeks, this CS has been negotiating with an individual in Mexico (hereinafter drug trafficker), regarding the purchase of methamphetamine and the delivery of the methamphetamine to San Diego.

In the early afternoon of January 18, 2008, the drug trafficker contacted the CS via telephone and agreed to send the CS 12 kilograms of methamphetamine. The drug trafficker told the CS that a courier would contact the CS directly regarding the delivery of the drugs. Later that afternoon, a Hispanic male, identified as Julio Cesar ALCAZAR-Morett, called CS and advised the CS he was traveling on I-8 enroute to San Diego. Per my direction, the CS instructed ALCAZAR to exit at Waring Road. At approximately 8:30pm, ALCAZAR called CS and told CS that he was at a Chevron gas station on Waring Road in a white Jeep Cherokee. Soon afterwards, fellow agents and I located the Jeep in a parking lot next to the Chevron station. The CS was directed to meet with ALCAZAR in the parking lot. Fellow agents and I watched as the CS pulled his/her vehicle up next to ALCAZAR's Jeep and briefly conversed with each other. Myself and other agents then maintained surveillance as the CS lead ALCAZAR, who was driving the Jeep, to the underground parking lot of a nearby hotel.

As the CS and ALCAZAR were driving to the underground parking lot, the CS contacted me on the telephone. The CS advised me that ALCAZAR told the CS he had "25" in a hidden compartment in the Jeep. Soon after, members of the DEA San Diego Integrated Narcotic Task Force (NTF) detained ALCAZAR and removed ALCAZAR from the Jeep. Agents searched the Jeep and found a bag of new tools and gloves. A further search of the Jeep revealed a hidden compartment under the rear cargo area. Inside the compartment agents found approximately 19 packages of a white powdery substance with a total weight of approximately 19 kilograms. A presumptive test on a sample from one of the packages tested positive for cocaine. The Jeep was seized and taken to the DEA San Diego Field Division Office for processing and forfeiture.

On January 23, 2008, agents conducted another search of the Jeep to determine whether additional contraband was concealed in it (based on ALCAZAR's statement that he was delivering "25" and only 19 kilogram packages had been discovered). During the second search, agents discovered an additional 6 packages of a white

powdery substance hidden in the Jeep, with a total weight of approximately 6 kilograms. The substance was consistent with that found and tested on January 18, 2008.

Based on my training and experience, I believe the amount of cocaine seized is consistent with amounts possessed for sale/distribution.

Executed on **January 24th, 2008.**

_____
J. Allan Karas
Special Agent, DEA

On the basis of the facts presented in this probable cause statement consisting of  1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **January 18th, 2008,** in violation of Title 21 U.S.C. §841(a)(1).

_____     1/24/08
JAN M. ADLER                         Date
United States Magistrate Judge