FILED

08 FEB -6 PM 3:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 0305 BEN |
| Plaintiff, | INDICTMENT |
| v. | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |
| JULIO CESAR ALCAZAR-MORETT, | |
| Defendant. | |

The grand jury charges:

On or about January 18, 2008, within the Southern District of California, defendant JULIO CESAR ALCAZAR-MORETT did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 31.6 kilograms (69.52 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: February 6, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
NICOLE A. JONES
Assistant U.S. Attorney

NAJ:em:San Diego
1/31/08