| | |
|---|---|
| 1 | KAREN P. HEWITT |
|  | United States Attorney |
| 2 | NICOLE ACTON JONES |
|  | Assistant U.S. Attorney |
| 3 | California State Bar No. 231929 |
|  | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|  | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5482/(619) 235-2757 (Fax) |
|  | Email: nicole.jones@usdoj.gov |
| 6 | |
|  | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0305-BEN |
|  | ) |
| Plaintiff, | ) |
|  | ) NOTICE OF APPEARANCE |
| v. | ) |
|  | ) |
| JULIO CESAR ALCAZAR-MORETT, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

    None

Please call me if you have any questions about this notice.

DATED: February 12, 2008.

          Respectfully submitted,

          KAREN P. HEWITT
          United States Attorney

          s/ *Nicole Acton Jones*
          NICOLE ACTON JONES
          Assistant United States Attorney
          Attorneys for Plaintiff
          United States of America
          Email: nicole.jones@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                     )<br>                              Plaintiff,  )<br>                                                     )<br>                       v.                      )<br>                                                     )<br>JULIO CESAR ALCAZAR-MORETT,  )<br>                                                     )<br>                              Defendant.  )<br>_____ ) | Criminal Case No. 08CR0305-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, NICOLE JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1. Daniel Casillas

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

   None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on February 12, 2008.

                                            s/ *Nicole Acton Jones*
                                            NICOLE ACTON JONES

3