KAREN P. HEWITT
United States Attorney
NICOLE ACTON JONES
Assistant U.S. Attorney
California State Bar No. 231929
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5482
E-mail: nicole.jones@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0305-BEN |
| Plaintiff, | ) **GOVERNMENT'S MOTION FOR:** |
| v. | ) **RECIPROCAL DISCOVERY** |
| JULIO CESAR ALCAZAR-MORETT, | ) **TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES** |
| Defendant. | ) Date:  April 1, 2008 |
| | ) Time:  2:00 p.m. |
| | ) Court:  The Hon. Roger T. Benitez |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Nicole Acton Jones, Assistant United States Attorney, and hereby files its Motion for Reciprocal Discovery in the above-referenced case. The said motion is based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

//
//
//
//
//

# I

## STATEMENT OF THE CASE

On February 6, 2008, a federal grand jury in the Southern District of California returned a one-count Indictment charging defendant Julio Cesar Alcazar-Morett ("Defendant") with Possession of Cocaine with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1). On February 7, 2008, Defendant was arraigned on the Indictment and entered a plea of not guilty.

# II

## STATEMENT OF FACTS

During the week of January 13, 2008, a Drug Enforcement Administration (DEA) confidential source (CS) reported that a Mexican-based drug trafficker he/she knew only as "Hector" had been contacting the CS regarding the sale of methamphetamine. On January 18, 2008, Hector contacted the CS and stated he was going to deliver twelve kilograms of methamphetamine to San Diego. Hector further advised that the drugs would be transported by a courier and that the courier would contact the CS directly.

Around 6:15 p.m., on January 18, 2008, a male later identified as Defendant called the CS and stated he was on I-8 on his way to San Diego. The CS and Defendant arranged to meet off the Waring Road exit. At about 7:45 p.m., Defendant called the CS (from a different phone number) and stated he was at the Chevron gas station in a white Jeep Cherokee. Surveillance agents located the Jeep in the parking lot. The CS pulled up next to the Jeep, conversed briefly and then both vehicles drove to a hotel parking garage and parked. The CS advised agents via telephone that Defendant had stated he had "25" in a hidden compartment and he wanted to go someplace safer to take the drugs out of the car.

At about 8:35 p.m., agents detained Defendant. A search of the Jeep revealed a compartment under the rear cargo area containing 19 packages, one of which field-tested positive for cocaine. Agents also found a bag containing brand new tools and gloves. The agents used these tools to open the hidden compartment. Agents also seized two cellular telephones. A subsequent search of the vehicle uncovered a second compartment in the side rear quarter panel containing 6 more packages of cocaine for a total of 25 packages, with a gross weight of approximately 31.6 kilograms.

1  After being advised of his <u>Miranda</u> rights, Defendant elected to invoke his rights and all questioning ceased.

### III

### UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY

To date, the Government has provided Defendant with 70 pages of discovery, one DVD and 2 CDs. The discovery produced includes numerous reports of investigation on Form DEA-6, the DEA-7 lab reports, copies of documents located in the vehicle and on Defendant's person, color photographs, and copies of consensual recordings. Defense counsel has yet to schedule a viewing of Defendant's vehicle. As of the date of this filing, the Government has received no reciprocal discovery.

The Government moves the Court to order Defendant provide all reciprocal discovery to which the United States is entitled under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United States all exhibits and documents which Defendant "intends to introduce as evidence in chief at the trial" and a written summary of the names, anticipated testimony, and bases for opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

### IV

### CONCLUSION

For the foregoing reasons, the Government respectfully requests that its motion be granted.

DATED: March 14, 2008.

                                                  Respectfully Submitted,

                                                  KAREN P. HEWITT
                                                  United States Attorney

                                                  /s/ *Nicole Acton Jones*
                                                  NICOLE ACTON JONES
                                                  Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JULIO CESAR ALCAZAR-MORETT,<br><br>　　　　　　Defendant. | ) Criminal Case No. 08CR0305-BEN<br>)<br>)<br>)<br>)<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) |

IT IS HEREBY CERTIFIED THAT:

　　　I, NICOLE ACTON JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　　I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　　1. Daniel Casillas

　　　I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

　　　None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　Executed on March 14, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ ***Nicole Acton Jones***
　　　　　　　　　　　　　　　　　　　　　　　　NICOLE ACTON JONES
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney