DANIEL CASILLAS, ESQ., SBN 110298
Attorney at Law
101 West Broadway, Suite 1950
San Diego, California 92101
Tel: (619) 237-3777
Fax: (619) 238-9914
Email: dcesq1@sbcglobal.net

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>vs.<br><br>JULIO CESAR ALCAZAR-MORETT,<br><br>                                    Defendant. | Criminal Case No. 08CR0305-BEN<br><br>DATE: March 31, 2008<br>TIME:  2:00 p.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS:**<br><br>**1. COMPEL DISCOVERY**<br>**2. FILE FURTHER MOTIONS** |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND

        NICOLE JONES, ASSISTANT UNITED STATES ATTORNEY.

Please take notice that on the above date and time, or as soon thereafter as counsel may be heard, defendant JULIO CESAR ALCAZAR-MORETT, by and through his counsel, Daniel Casillas, shall bring the above-entitled motions.

## **MOTIONS**

Mr. Alcazar-Morett, by and through his counsel, Daniel Casillas, and pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure, and the Fourth, Fifth, and Sixth Amendments of the United States Constitution, and all other applicable statutes and local rules hereby move this Court to grant the above-entitled motions.

These motions are based upon the instant motions, notice of motions, the statement of facts,

1 and the memorandum of points and authorities, the files and records in the above-entitled case, and
2 any and all other evidence that may come to this Court's attention prior to or at the time of the
3 hearing on these motions.
4 Dated: March 20, 2008

Respectfully submitted,

*s/DANIEL CASILLAS*
DANIEL CASILLAS
Attorney for Defendant
JULIO CESAR ALCAZAR-MORETT

08CR0305-BEN