1  DANIEL CASILLAS, ESQ., SBN 110298
   Attorney at Law
2  101 West Broadway, Suite 1950
   San Diego, California 92101
3  Tel: (619) 237-3777
   Fax: (619) 238-9914
4  Email: dcesq1@sbcglobal.net

5  Attorney for Defendant
   JULIO ALCAZAR-MORETT
6

7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE ROGER T. BENITEZ)**

| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0305-BEN |
|---|---|
| Plaintiff, | **JOINT MOTION TO CONTINUE HEARING DATE** |
| vs. | |
| JULIO ALCAZAR-MORETT, | |
| Defendant. | |

THE PARTIES, the Plaintiff, United States of America, by and through its counsel Karen P. Hewitt, United States Attorney, and Nicole Jones, Assistant United States Attorney, for the Southern District of California, and the defendant, JULIO ALCAZAR-MORETT, by and through his counsel, Daniel Casillas, hereby stipulate and move to continue the Hearing in this case from April 1, 2008, at 2:00 p.m. to May 19, 2008, at 2:00 p.m., before the Honorable Roger T. Benitez.

Dated: March 27, 2008                                                Dated: March 27, 2008


 *s/Nicole Jones*                                                         *s/Daniel Casillas*
NICOLE JONES                                                       DANIEL CASILLAS
Assistant United States Attorney                            Attorney for Defendant