MAY-26-2008 03:06P FROM:ATTORNEY MULLER    619-449-9635         2389914        P.1

```
                                                            FILED
                                                         2008 JUL -8 PM 3:32
                                                         CLERK US DIST...
                                                         SOUTHERN DISTRICT OF CALIFORNIA

                                                         BY:_____ DEPUTY
```

1  LEWIS C. MULLER/State Bar No. 77525
   Attorney at Law
2  9625 Mission Gorge Road, Ste. B2, PMB 357
   Santee, California 92071
3  Tel: (619) 504-1539
   Fax: (619) 449-9635
4  E-mail: lewmuller@cox.net

5  Attorney for Defendant

6

                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   Case No. 08CR 0305-BEN
9                                    )
              Plaintiff,             )   SUBSTITUTION OF ATTORNEY
10                                   )
         v.                          )
11                                   )
   Julio Cesar Alcozon-Morett        )
12  _____)
              Defendant.             )
13

14       Defendant, Julio Cesar Alcozon-Morett hereby substitutes, Lewis C. Muller,
   Attorney at law, as attorney of record in place and stead of Daniel Casillas
15  The office address and telephone number of the new attorney is:

16            Lewis C. Muller, Attorney at Law
              9625 Mission Gorge Rd., Ste. B2, PMB 357
17            Santee, CA 92071
              Tel: (619) 504-1539/Fax: (619) 449-9635

18

19  Dated: 5-23-08                           Julio C. Alcazar Morett
                                             Defendant

20       I hereby consent to the above substitution.

21  Dated: 5-29-08                           Daniel Casillas
                                             Attorney at Law

22       I, Lewis C. Muller, hereby accept the above substitution.

23  Dated: 5-23-08
                                             LEWIS C. MULLER
24                                           Attorney at Law

25  IT IS SO ORDERED.
    7/08/08
                                             JUDGE

                                -1-