**LEWIS C. MULLER/Bar No. 77525**
**Attorney at Law**
**9625 Mission Gorge Road, Suite B2, PMB 357**
**Santee, CA 92071**
**Tel: (619) 504-1539**
**Fax: (619) 449-9635**

Attorney for Defendant
Julio Cesar Alcazar-Morett

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08CR0305-BEN |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE MOTIONS HEARING |
| JULIO CESAR ALCAZAR-MORETT, | DATE: September 12, 2008 |
| | TIME: 2:00 p.m. |
| Defendant. | |

The plaintiff, UNITED STATES OF AMERICA, through its counsel, Karen P. Hewitt, United States Attorney, and Nicole A. Jones, Assistant United States Attorney, and defendant, Julio Cesar Alcazar-Morett, through his counsel, Lewis C. Muller, hereby jointly move this court to continue the sentencing hearing scheduled for September 12, 2008 at 2:00 p.m. to October 14, 2008 at 2:00 p.m.

/ / / /

/ / / /

/ / / /

-1-

-2-

1     The parties need additional time to pursue settlement talks.

2     Defendant remains in custody.

3 Dated:  August 27, 2008

4                                ***s/Lewis C. Muller***

                                   Lewis C. Muller, Attorney for Defendant

5                                  Julio Cesar Alcazar-Morett

                                 E-mail: lewmuller@cox.net

6

7

  Dated:  August 27, 2008

8                                ***s/Nicole A. Jones***

                                 Nicole A. Jones

9                                  Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25