# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal No. 08CR0305-BEN |
| ) | |
| Plaintiff,    ) | **CERTIFICATE OF SERVICE** |
| ) | |
| v.    ) | |
| ) | |
| JULIO CESAR ALCAZAR-MORETT,    ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

**IT IS HEREBY CERTIFIED THAT:**

**I, LEWIS C. MULLER**, declare I am a citizen of the United States and at least eighteen years of age. My business mailing address is 9625 Mission Gorge Road, Suite B-2, PMB 357, Santee, California 92071.

I have caused service of **JOINT MOTION TO CONTINUE MOTIONS HEARING**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

Nicole Acton Jones          Nicole.Jones@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *August 27, 2008*

*S/Lewis C. Muller*
LEWIS C. MULLER, Attorney for
Defendant Julio Cesar Alcazar-Morett